



**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES
ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **21-184** |
| v. | * | SECTION: **SECT. A MAG. 4** |
| MICHAEL ALEXANDER, SR.<br>a/k/a "Monsta" | * | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |

\* \* \*

The Grand Jury charges that:

<u>**COUNT 1**</u>
(Possession with Intent to Distribute Heroin)

On or about December 2, 2021, in the Eastern District of Louisiana, the defendant, **MICHAEL ALEXANDER, SR., a/k/a "Monsta,"** did knowingly and intentionally possess with intent to distribute one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

```
__Fee_____
__Process_____
_X_Dktd_____
__CtRmDep_____
__Doc.No._____
```

## COUNT 2
(Possessing Firearms in Furtherance of a Drug Trafficking Crime)

On or about December 2, 2021, in the Eastern District of Louisiana, the defendant, **MICHAEL ALEXANDER, SR., a/k/a "Monsta,"** did knowingly possess firearms, to wit: a Springfield, model Saint, multi-caliber rifle, bearing serial number ST193191; a Glock, model 23, .40 caliber pistol, bearing serial number ALN818US; a Taurus, model G3, 9mm pistol, bearing serial number ABJ936400; a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HES1705; and a Smith & Wesson, model SW9VE, 9mm pistol, bearing serial number DVZ8796, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), as charged in Count 1 of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
(Felon in Possession of Firearms)

On or about the December 2, 2021, in the Eastern District of Louisiana, the defendant, **MICHAEL ALEXANDER, SR., a/k/a "Monsta,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on or about January 26, 2005, in the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, under docket number 112008, for possession of a schedule II controlled substance, in violation of LA. R.S. 40:967, and a conviction on or about March 7, 2007, in the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, under docket number 603380, for possession with intent to distribute a schedule II controlled substance, in violation of LA. R.S. 40:967, did knowingly possess in and affecting commerce, firearms, to wit: a Springfield, model Saint, multi-caliber rifle,

bearing serial number ST193191; a Glock, model 23, .40 caliber pistol, bearing serial number ALN818US; a Taurus, model G3, 9mm pistol, bearing serial number ABJ936400; a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HES1705; and a Smith & Wesson, model SW9VE, 9mm pistol, bearing serial number DVZ8796, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **MICHAEL ALEXANDER, SR., a/k/a "Monsta,"** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offense, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses, including but not limited to the following:

   $289,224.70 in U.S. currency.

3. As a result of the offenses alleged in Counts 2 and 3, the defendant, **MICHAEL ALEXANDER, SR., a/k/a "Monsta,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

   Springfield, model Saint, multi-caliber rifle, bearing serial number ST193191;

   Glock, model 23, .40 caliber pistol, bearing serial number ALN818US, with a spare magazine;

   Taurus, model G3, 9mm pistol, bearing serial number ABJ936400;

Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number HES1705;

Smith & Wesson, model SW9VE, 9mm pistol, bearing serial number DVZ8796.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

*[signature]*

DUANE A. EVANS
UNITED STATES ATTORNEY

*[signature: Benjamin Myers]*
J. BENJAMIN MYERS
Assistant United States Attorney

New Orleans, Louisiana
December 16, 2021

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**MICHAEL ALEXANDER, SR.**
a/k/a "Monsta"

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS:  21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

_A true bill_

Filed in open court this _____ day of _____ A.D. 2021.

_____ Clerk

Bail, $ _____

_J. Benjamin Myers_
J. BENJAMIN MYERS
Assistant United States Attorney